DAVIES, Respondent, v. KALBFLEISCH, Appellant. (City Court of Brooklyn, General Term. June 25, 1894.) Action by Walter S. Davies against Frederick W. Kalbfleisch. Edward V. B. Kissam, for appellant. W. Rapelyea Davies, for respondent.

PER CURIAM. The exceptions at pages 12 and 18 were taken in general language. Counsel, if he claimed that there could be no recovery for use and occupation under the pleadings, should have specifically stated the ground of his objection. Niebuhr v. Schreyer, 135 N. Y. 614, 32 N. E. 13. Judgment and order denying new trial affirmed, with costs.

DAYTON v. KINGS COUNTY EL. R. CO. (Supreme Court, General Term, Second Department. February 12, 1894.) Action by Alethia Dayton against the Kings County Elevated Railroad Company. No opinion. Affirmed by default.

DEAN et al., Appellants, v. COLLIGNON et al., Respondents. (Supreme Court, General Term, First Department. June 15, 1894.) Action by Robert J. Dean and others against Peter C. Collignon and others. L. L. Warren, for appellants. L. Steckler, for respondents. No opinion. Order reversed, with $10 costs and disbursements.

DENT v. RYAN. (Supreme Court, General Term, Second Department. June 18, 1894.) Action by Francis Dent against Stephen V. Ryan. No opinion. Motion denied.